*Messrs. Weiner, Weiner & Glennon* and *Mr. John S. Donington* for the petitioners.

*Messrs. Mills, Doyle & Muir* and *Mr. Joel A. Murphy* for the respondents.

November 14, 1967. Granted.

MARY OLEYAR, PLAINTIFF-PETITIONER, v. SWIFT & CO., DEFENDANT-RESPONDENT.

*Messrs. Balk, Jacobs, Goldberger & Mandell* for the petitioner.

*Mr. John F. Corridon* and *Mr. Isidor Kalish* for the respondent.

November 14, 1967. Granted.

IN THE MATTER OF THE ESTATE OF ESTHER KISH, A/K/A ESTHER KISS, DECEASED.

*Mr. Arthur J. Sills, Mr. Elias Abelson* and *Mr. William J. Walsh* for the petitioner.

*Mr. Jesse Moskowitz* for the respondents.

November, 28, 1967. Granted.